**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDRE PATTERSON,**<br><br>       **Plaintiff,**<br><br>       vs.<br><br>**RACHIALLE FRANKLIN,**<br><br>       **Defendant.** | **Case No.: 11-CV-06137 YGR**<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On December 15, 2011, Plaintiff's complaint was dismissed and his application to proceed *in forma pauperis* was denied. Plaintiff was advised that if Plaintiff wished to pursue this action, he must file an amended complaint and a renewed application to proceed *in forma pauperis* by January 3, 2012. Plaintiff was warned that failure to file a cognizable legal claim by this date would result in dismissal of this action. To date Plaintiff has failed to file an amended complaint or renewed application to proceed *in forma pauperis*.

Accordingly, this action is **DISMISSED** under Rule 41(b) for failure to prosecute.

The Case Management Conference set for August 6, 2012 is **VACATED**.

**IT IS SO ORDERED.**

**Date: August 3, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**